# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHNNY WHITE, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23-cv-364-MTS |
| ) | |
| ADAM ABDELJABBER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Doc. [2]. Upon review of the financial affidavit, the Court has determined that Plaintiff is unable to pay the filing fee; therefore, the Court will grant the Motion. *See* 28 U.S.C. § 1915(a). Should this action lead to a monetary settlement or award, including a monetary settlement or award only of fees or costs, in an amount equal to or greater than the filing fee, Plaintiff must, within fifteen days of the receipt of the settlement or award, reimburse the filing fee to the Clerk of Court. *See, e.g.*, *James v. City of New York*, 1:15-cv-01161-VMS, 2015 WL 1285979, at *3 (E.D.N.Y. Mar. 20, 2015); *Boom v. Tops Vacuum & Sewing, Inc.*, 2:14-cv-00006-DNF, 2014 WL 12872670, at *1 (M.D. Fla. May 16, 2014); *Summerlot v. Astrue*, 3:08-cv-00437-CAN, 2008 WL 4493303, at *2 (N.D. Ind. Oct. 1, 2008); *Allen v. Kelley*, 3:91-cv-01635-VRW, 1995 WL 396860, at *1 (N.D. Cal. June 29, 1995).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Doc. [2], is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to issue process or cause process to issue upon the Complaint.  *See* 28 U.S.C. § 1915(d).

**IT IS FINALLY ORDERED** that if this action leads to a monetary settlement or award, including a monetary settlement or award only of fees or costs, in an amount equal to or greater than the filing fee, Plaintiff must, within **fifteen days** of the receipt of the settlement or award, reimburse the filing fee to the Clerk of Court.

Dated this 24th day of March 2023.

                                          MATTHEW T. SCHELP
                                        UNITED STATES DISTRICT JUDGE